**SEALED**

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

NOV 0 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF THE | ) Magistrate Docket Number |
| ADMINISTRATIVE INSPECTION OF | ) |
| Costco Pharmacy #1043 | ) |
| 970 Riverside Parkway | ) 2:13 - SW - 0 7 4 4 ---- EFB |
| Suite #20 | ) |
| West Sacramento, California 95605 | ) |

**APPLICATION FOR ADMINISTRATIVE INSPECTION WARRANT
UNDER THE CONTROLLED SUBSTANCES ACT, 21 U.S.C. § 880**

TO:   THE UNITED STATES MAGISTRATE JUDGE
      EASTERN DISTRICT OF CALIFORNIA

The Controlled Substances Act, 21 U.S.C. §§§ 801-904, (the

"CSA") provides for government supervision of those individuals

or entities engaged in manufacturing and distributing controlled

substances ("registrants").  The CSA requires that a

manufacturer or distributor of controlled substances be

registered with the Drug Enforcement Administration (DEA).  21

U.S.C. § 822.  There are both civil and criminal penalties for

violation of the Act.  21 U.S.C. §§ 825-865.

In order to ensure compliance with the CSA and its

implementing regulations, the DEA is authorized to conduct

inspections of a registrant's premises. 21 U.S.C. § 880.

Specifically, the CSA authorizes the DEA to conduct

administrative inspections to: (1) inspect records, reports, and

other documents required to be kept or made under the Act; and

(2) inspect the controlled premises, all pertinent equipment,

1

drugs, and other substances or materials, containers, and labeling found therein (including records, files, papers, processes, controls and facilities) appropriate for verification of the records, reports and documents, or otherwise bearing on the provisions of the Act;[1] and (3) inventory the stock of any controlled substance and obtain samples of such substances. 21 U.S.C. § 880(b)(3). "The statutory scheme envisioned by the Act is one of control through record keeping." United States v. Greenberg, 334 F.Supp. 364, 366 (W.D. PA 1971). "Any person who desires to shoulder the responsibility of engaging in the manufacture or distribution of these products . . . [is subject] to the regulatory system laid down by the 1970 Act." Id., at 367.

Upon a showing of probable cause, a United States District Judge or United States Magistrate Judge may issue a warrant for the purpose of conducting an administrative inspection. 21 U.S.C. § 880(d). "Probable cause" is defined by the CSA as "a valid public interest in the effective enforcement of [the Act]." 21 U.S.C. § 880(d)(1). "Probable cause" in the traditional criminal law sense is not required to support the issuance of an administrative warrant. Marshall v. Barlow's Inc., 436 U.S. 307, 320 (1978). Rather, the fact that a

---

1. The Act provides for the inspection of items such as records, files and papers, the maintenance of which is not required under the Act, but which is appropriate for the verification of the requirements of the Act. 21 U.S.C. § 880(b)(3)(B). The Act does not specifically provide for the copying of such items. Id.

2

registrant has never been inspected to ensure compliance with compulsory record-keeping requirements alone justifies an administrative warrant.  United States v. Prendergast, 585 F.2d 69, 70 (3rd Cir. 1978), citing United States v. Goldfine, 538 F.2d 815, 818-819 (9th Cir. 1976).  The DEA has never inspected this registrant.  See the attached Affidavit of Mark Jackson at paragraph 6.

Mark Jackson, Diversion Investigator, United States Drug Enforcement Administration, stationed in the Sacramento, California District Office, hereby applies for an Administrative Inspection Warrant pursuant to the Controlled Substances Act, 21 U.S.C. § 880(d), for the inspection and search of the following controlled premises:

Costco Pharmacy #1043
970 Riverside Parkway
Suite #20
West Sacramento, California 95605

This Application for an Administrative Inspection Warrant is based upon the attached Affidavit.

Mark Jackson
Diversion Investigator
Drug Enforcement Administration

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE              ) Magistrate Docket Number:
ADMINISTRATIVE INSPECTION OF      )
Costco Pharmacy #1043             )
970 Riverside Parkway             )
Suite #20                         )
West Sacramento, California 95605 )

## AFFIDAVIT FOR APPLICATION FOR ADMINISTRATIVE INSPECTION WARRANT UNDER THE CONTROLLED SUBSTANCES ACT, 21 U.S.C. § 880(d)

The undersigned, Mark Jackson, being duly sworn, declares:

1.    I am a Diversion Investigator with the Drug Enforcement Administration (DEA), United States Department of Justice, assigned to the Sacramento, California, District Office.

2.    The DEA hired me in November 2005.  I have received training in the manufacturing, distribution and dispensation of pharmaceutical controlled substances, and the corresponding records and inventories that are required to be kept pursuant to the Comprehensive Drug Abuse Prevention and Control Act of 1970, 21 U.S.C. §§ 801, et seq., (the "CSA").

3.    Sections §§ 878(a)(2) and 880(b)(1), (2) and (3) of the CSA authorize me as part of my job duties to execute Administrative Inspection Warrants to inspect the controlled premises of persons and firms registered under the CSA.  The inspections allow DEA personnel to verify the correctness of all records, reports and other documents the CSA requires a registrant to make and keep.  Specifically, the Act authorizes the DEA to

1

conduct administrative inspections to: (1) inspect records, reports, and other documents required to be kept or made under the Act; and (2) inspect the controlled premises, all pertinent equipment, drugs, and other substances or materials, containers, and labeling found therein (including records, files, papers, processes, controls and facilities) appropriate for verification of the records, reports and documents, or otherwise bearing on the CSA's provisions; and (3) inventory the stock of any controlled substance and obtain samples of such substances.   21 U.S.C. § 880(b)(3).[1]

4.   Costco Pharmacy #1043 is registered under the CSA as a Chain Pharmacy and has been assigned DEA Registration Number FC1208506 in controlled substances Schedules 2-5.   This registrant conducts business as Costco Pharmacy #1043 at 970 Riverside Parkway, Suite #20, West Sacramento, California 95605.

5.   Costco Pharmacy #1043 is a controlled premise within the meaning of 21 U.S.C. § 880(a)(1) and (2), and 21 C.F.R. § 1316.02(c)(1) and (2).   As such, Costco Pharmacy #1043 is required to keep complete and accurate records of all controlled substances received, sold, delivered or otherwise disposed of pursuant to 21 U.S.C. § 827 and 21 C.F.R. § 1304.01, et seq. on the controlled premises.   The inspection of its controlled

---

1. The Act provides for the inspection of items such as records, files, and papers, the maintenance of which is not required under the Act, but such inspection is appropriate for the verification of the requirements of the Act.  21 U.S.C. § 880(b)(3)(B).  The Act does not specifically provide for the copying of such items.

2

premises is designed to ensure Costco's compliance with the CSA and its regulations.

6.    I have examined the DEA's files, records and other databases, and determined the DEA has never inspected Costco Pharmacy #1043.

7.    Further, my data review of Costco #1043 shows that it purchases Hydrocodone (a Schedule III drug) in amounts far exceeding other local pharmacies.  The DEA's Automation of Reports & Consolidated Orders System (ARCOS), Target and Analysis Unit report lists Costco Pharmacy #1043 as the highest Hydrocodone purchaser (dosage units) for the years 2011, 2012 and 2013.

2011 Data.  The Target and Analysis Unit report documented Hydrocodone purchases from January 1, 2011 through December 31, 2011, for Costco Pharmacy #1043 compared to 184 individual pharmacies within Amador County, El Dorado County, Placer County, Sacramento County, Solano County, Yolo County and Yuba County. Costco Pharmacy #1043 purchased a total of 4,990,300 Hydrocodone dosage units, compared to 2,004,989 Hydrocodone dosage units purchased by all 184 pharmacies combined.

2012 Data.  The Target and Analysis Unit report also documented Hydrocodone purchases from January 1, 2012 through December 31,

3

2012, for Costco Pharmacy #1043 compared to 184 individual pharmacies within the aforementioned counties. Costco Pharmacy #1043 purchased a total of 3,028,000 Hydrocodone dosage units, compared to 1,371,688 Hydrocodone dosage units purchased by all 184 pharmacies combined.

2013 Data. The Target and Analysis Unit report further documented Hydrocodone purchases from January 1, 2013 through August 31, 2013, for Costco Pharmacy #1043 compared to 186 individual pharmacies within the aforementioned counties. Costco Pharmacy #1043 purchased a total of 2,565,000 Hydrocodone dosage units, compared to 1,309,493 Hydrocodone dosage units purchased by all 186 pharmacies combined.

The Target and Analysis Unit listed the only controlled substance supplier for Costco Pharmacy #1043 as McKesson Drug Company, 3775 Seaport Blvd, West Sacramento, California 95691; DEA Registration Number PM0021535.

8.   Given these facts, I believe there will be numerous record keeping violations related to the dispensation of controlled substances at Costco Pharmacy #1043. I further believe the requested inspection will help protect the public health and safety, and advance the CSA's public interest in enforcing the Act's oversight provisions. The DEA needs to review Costco's

4

dispensation and prescription practices for compliance with the CSA to ensure that it remains in the public interest for Costco Pharmacy #1043 to maintain a DEA registration.

9.    The DEA will conduct the inspection during regular business hours, and all participating investigators will present their credentials to the registrant.  The inspection will begin as soon as practicable after the issuance of the warrant and will be completed with reasonable promptness—the return warrant (identifying the items seized during the inspection) will be returned within ten (10) days.

10.    Pursuant to 21 U.S.C. §§ 827, and 880(b)(3)(A), the inspection will include the inspection and copying of dispensation records, computerized dispensation information, inventories, records, reports, other forms, invoices and other documents required to be kept under the Act, including ordered material drug lists of supplies and suppliers, DEA Form-222s, and computerized records of receipt and dispensation of controlled substances.

11.    Pursuant to 21 U.S.C. § 880(b)(3)(B), the inspection will include the inspection and copying (where applicable and if authorized)[2] of the controlled premises, equipment, drugs,

---

2. Although the Act does not explicitly provide for copying of items listed under 21 U.S.C. § 880(b)(3)(B), Affiant requests authorization to copy, and seize if necessary for the purpose of copying, such items in order to appropriately verify compliance with the record keeping requirements mandated by 21 U.S.C. § 880(b)(3)(A).  Further, authority to copy the subject records will allow DEA to more quickly, efficiently, and thoroughly inspect the registered premises, and will minimize disruption of the business.

containers, and labeling, and all other things therein including records, files and papers, processes, controls, and facilities appropriate for the verification of the CSA, such as written and electronic correspondence regarding maintenance of inventories, theft or loss reports, communications related to Costco Pharmacy #1043's compliance with the CSA, written policies, procedures and training regarding maintenance of inventories, perpetual inventories, biennial inventories, internal audits, and manuals or written material describing computer programs or other procedures the Pharmacy uses to maintain inventories of controlled substances appropriate for the verification of the records, reports, and documents required by the CSA.

12.   I will be accompanied by one or more Investigators during the inspection who are employees of the Attorney General authorized to conduct administrative inspections and one or more DEA Special Agents.   A return will be made to this Magistrate Judge upon the inspection's completion.

///


///


///


///


6

13.    I have personal knowledge of the facts stated herein, and

state they are true to the best of my knowledge.

_____

Mark Jackson
Diversion Investigator
Drug Enforcement Administration

Sworn to before me and subscribed
in Sacramento, California
on this 8th day of November, 2013.

_____

Edmund F. Brennan
United States Magistrate Judge
United States District Court
For the Eastern District of California

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE | ) Magistrate Docket Number: |
| ADMINISTRATIVE INSPECTION OF | ) |
| Costco Pharmacy #1043 | ) 2:13-SW-0744  EFB |
| 970 Riverside Parkway | ) |
| Suite #20 | ) |
| West Sacramento, California 95605 | ) |

## WARRANT FOR INSPECTION

TO:  Diversion Investigator Mark Jackson and any other duly
     authorized investigator or agent of the Drug Enforcement
     Administration (DEA), United States Department of Justice.

Application having been made and probable cause as defined
by 21 U.S.C. § 880(d) having been shown by the affidavit of DEA
Diversion Investigator Mark Jackson for an inspection of the
controlled premises of 970 Riverside Parkway, Suite 20, West
Sacramento, California 95605, and it appearing that such
inspection is appropriate pursuant to 21 U.S.C. § 880(d), you are
hereby authorized pursuant to 21 U.S.C. section:

1.  880(b)(3)(A) to enter the above-described premises
during ordinary business hours and inspect in a reasonable manner
and to a reasonable extent, including copying (where necessary)
and seizing (where copying is not possible at the location), all
records, reports, and other documents required to be kept under
this subchapter.

1

2.   880(b)(3)(B) to inspect in a reasonable manner and to a reasonable extent, including, and with consent, copying and seizing (as applicable and where necessary), the controlled premises, equipment, drugs, containers, and labeling, and all other things therein, including records, files and papers, processes, controls, and facilities appropriate for the verification of Costco Pharmacy #1043 compliance with the Controlled Substances Act.

3.   880(b)(3)(A) to inspect, copy, and seize (to the extent necessary) from the above-described controlled substance premises:

A.   All physical inventories (perpetual and biennial) of controlled substances;

B.   Ordered material drug list of supplies;

C.   Records of controlled substance purchases and distribution, including receipt and return records;

D.   All records which refer to or are related to the dispensation, administration or distribution of controlled substances;

E.   Any and all copies of the Registrant's inventory of drugs surrendered (DEA-Form 41); and

F.   Reports of Theft or Loss of Controlled Substances (DEA-Form 106).

2

In addition, pursuant to 21 U.S.C. § 880(b)(3)(B), you are hereby authorized to inspect, and with consent, copy and seize (for the purpose of verifying the records required to be kept under 21 U.S.C. § 880(b)(3)(A))(to the extent necessary) from the above-described controlled substance premises:

    A.   Audits or other internal reports or memoranda generated for the purpose of maintaining accurate records and inventories of controlled substances;

    B.   Communications (written and electronic) regarding maintenance of inventories, theft or loss reports;

    C.   Policies and communications (written and electronic) regarding Costco Pharmacy #1043's efforts to comply with the Controlled Substances Act;

    D.   Copies of training materials and procedures regarding maintenance of inventory records;

    E.   Copies of training material and procedures regarding the performance of internal audits;

    F.   Copies of manuals, or other material describing computer programs or other procedures used by Costco Pharmacy #1043 to maintain inventories of controlled substances; and

    G.   Communications (written or electronic) to/from Costco Pharmacy #1043 employees or owners to federal or state authorities, related to loss, theft or maintenance of an inventory of stocks of controlled substances, and/or

3

compliance with the Controlled Substances Act.

Pursuant to 21 U.S.C. § 880(b)(3)(C), you are further authorized to inventory any stock of any controlled substance and obtain samples of any such substance.

Not later than ten (10) days from the issuance of this warrant, the DEA inspecting officer(s) shall deliver the Return Accounting for Items Seized to the undersigned United States Magistrate Judge showing that the inspection has been completed and an accounting for all seized property conducted pursuant to this warrant.

Dated: November 8, 2013

Honorable Edmund F. Brennan
United States Magistrate Judge
United States District Court
For the Eastern District of California

4