SEALED

FILED

NOV 0 8 2013



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KURT A. DIDIER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for the
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA
10

11 IN THE MATTER OF THE              ) MAGISTRATE DOCKET NO.
   ADMINISTRATIVE INSPECTION OF:     )
12                                    ) 2:13-SW-0744   EFB
   COSTCO PHARMACY #1043             )
13 970 RIVERSIDE PARKWAY             ) APPLICATION FOR SEALING ORDER; AND
   SUITE 20                          ) SUPPORTING DECLARATION OF MARK
14 WEST SACRAMETNO, CA 95605         ) JACKSON
                                     )
15 _____ )

16
        The United States respectfully requests an order sealing the documents pertaining to the
17
   Administrative Inspection of the Pharmacy referenced above and authorized on November 8, 2013.
18
        Scope of the Sealing Order. The United States requests the sealing of the following documents:
19
   this Application for Sealing Order; the Order thereon; the Application for Administrative Inspection
20
   Warrant Pursuant to the Controlled Substances Act; the Affidavit for Application of the Administrative
21
   Inspection; and the Warrant for Inspection signed November 8, 2013.
22
        Duration of the Seal. Except as stated below, the seal shall remain in effect until the earlier of
23
   the filing of the Warrant for Inspection – Return Accounting for Items Seized or further order of this
24
   Court. The exception to this request is the Warrant for Inspection, which Diversion Investigator Mark
25
   Jackson and any other duly authorized Drug Enforcement Administration (DEA) investigator or agent
26
   may serve on a Costco Pharmacy # 1043 representative at the time DEA conducts the inspection.
27
        Justification. As further stated in the accompanying declaration of Mark Jackson, without a
28

sealing order, individuals may conceal, damage or destroy evidence sought by this inspection.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: November 8, 2013

_____
KURT A. DIDIER
Assistant United States Attorney

## DECLARATION OF MARK JACKSON

I, Mark Jackson, declare:

1. I have personal knowledge of the facts stated below. I have served as a DEA Diversion Investigator for eight years. I prepared and signed the Affidavit supporting the Application for Administrative Inspection in this matter. On November 8, 2013, the Court approved the Warrant for Inspection of Costco Pharmacy #1043.

2. The DEA is investigating other Costco pharmacies in other districts for suspected Controlled Substance Act violations. The DEA offices in other districts may also soon seek inspection warrants in their jurisdictions. A sealing order in this case can minimize the possibility that personnel at one Costco location apprise other Costco pharmacies of the DEA's activities, which could cause the concealment, damage or destruction of evidence sought by this Warrant prior to its execution. An order sealing the documents listed in the paragraph entitled "Scope of the Sealing Order," above, will help ensure the DEA is able to conduct the inspections without the influence of one pharmacy notifying the others in advance of the DEA's arrival.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8th, 2013, in Sacramento, California.

_____
MARK JACKSON