SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE | ) Magistrate Docket Number: |
| ADMINISTRATIVE INSPECTION OF | ) |
| Costco Pharmacy #1043 | ) 2:13 - SW - 0 7 4 4 ⁻ ⁻ EFB |
| 970 Riverside Parkway | ) |
| Suite #20 | ) |
| West Sacramento, California 95605 | ) |

FILED

NOV 19 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

## WARRANT FOR INSPECTION

TO:  Diversion Investigator Mark Jackson and any other duly
authorized investigator or agent of the Drug Enforcement
Administration (DEA), United States Department of Justice.

Application having been made and probable cause as defined

by 21 U.S.C. § 880(d) having been shown by the affidavit of DEA

Diversion Investigator Mark Jackson for an inspection of the

controlled premises of 970 Riverside Parkway, Suite 20, West

Sacramento, California 95605, and it appearing that such

inspection is appropriate pursuant to 21 U.S.C. § 880(d), you are

hereby authorized pursuant to 21 U.S.C. section:

1.  880(b)(3)(A) to enter the above-described premises

during ordinary business hours and inspect in a reasonable manner

and to a reasonable extent, including copying (where necessary)

and seizing (where copying is not possible at the location), all

records, reports, and other documents required to be kept under

this subchapter.

1

2.   880(b)(3)(B) to inspect in a reasonable manner and to a reasonable extent, including, and with consent, copying and seizing (as applicable and where necessary), the controlled premises, equipment, drugs, containers, and labeling, and all other things therein, including records, files and papers, processes, controls, and facilities appropriate for the verification of Costco Pharmacy #1043 compliance with the Controlled Substances Act.

3.   880(b)(3)(A) to inspect, copy, and seize (to the extent necessary) from the above-described controlled substance premises:

A.   All physical inventories (perpetual and biennial) of controlled substances;

B.   Ordered material drug list of supplies;

C.   Records of controlled substance purchases and distribution, including receipt and return records;

D.   All records which refer to or are related to the dispensation, administration or distribution of controlled substances;

E.   Any and all copies of the Registrant's inventory of drugs surrendered (DEA-Form 41); and

F.   Reports of Theft or Loss of Controlled Substances (DEA-Form 106).

2

In addition, pursuant to 21 U.S.C. § 880(b)(3)(B), you are hereby authorized to inspect, and with consent, copy and seize (for the purpose of verifying the records required to be kept under 21 U.S.C. § 880(b)(3)(A))(to the extent necessary) from the above-described controlled substance premises:

A. Audits or other internal reports or memoranda generated for the purpose of maintaining accurate records and inventories of controlled substances;

B. Communications (written and electronic) regarding maintenance of inventories, theft or loss reports;

C. Policies and communications (written and electronic) regarding Costco Pharmacy #1043's efforts to comply with the Controlled Substances Act;

D. Copies of training materials and procedures regarding maintenance of inventory records;

E. Copies of training material and procedures regarding the performance of internal audits;

F. Copies of manuals, or other material describing computer programs or other procedures used by Costco Pharmacy #1043 to maintain inventories of controlled substances; and

G. Communications (written or electronic) to/from Costco Pharmacy #1043 employees or owners to federal or state authorities, related to loss, theft or maintenance of an inventory of stocks of controlled substances, and/or

3

compliance with the Controlled Substances Act.

Pursuant to 21 U.S.C. § 880(b)(3)(C), you are further authorized to inventory any stock of any controlled substance and obtain samples of any such substance.

Not later than ten (10) days from the issuance of this warrant, the DEA inspecting officer(s) shall deliver the Return Accounting for Items Seized to the undersigned United States Magistrate Judge showing that the inspection has been completed and an accounting for all seized property conducted pursuant to this warrant.

Dated: November 8, 2013

Honorable Edmund F. Brennan
United States Magistrate Judge
United States District Court
For the Eastern District of California

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ) Magistrate Docket Number:
ADMINISTRATIVE INSPECTION OF )
Costco Pharmacy #1043 )
970 Riverside Parkway )
Suite #20 )
West Sacramento, California 95605 )

## WARRANT FOR INSPECTION – Return Accounting for Items Seized

On November 13, 2013, the following items were seized from the above-referenced premises:

No original documents were taken. The following copies were taken:

> 1. Accountability audit records for COSTCO PHARMACY #1043 regarding Hydrocodone, provided via zip file.
> 2. COSTCO PHARMACY #1043 controlled substance inventories: May 1, 2013 and May 1, 2011.
> 3. McKesson Courier List and Pharmacy Manifest example dated October 15, 2013.
> 4. Material Document Lists for Hydrocodone from May 1, 2013 to November 12, 2013.
> 5. McKesson Invoice and shipping labels.

1